WILLIAM H. DENIKE, *Respondent*, v. THE ORANGE COUNTY MUTUAL INSURANCE COMPANY, *Appellant.* —Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

JOHN S. HARRIS, *Plaintiff*, v. AARON HEALEY and others, *Defendants.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; GILBERT, J., not sitting.

THEODORE D. HOLMES and WILLIAM H. HOLMES, *Appellants*, v. AUGUSTA F. A. WINANS and H. H. WINANS, *Respondents.* — Judgment reversed and new trial granted, costs to abide event. Order of reference vacated. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM PELHAM, *Appellant*, v. JAMES JOURDAN, *Commissioner of Police and Excise, Respondent.* — Order removing relator reversed. Opinion by DYKMAN, J.

CATHARINE ANN HEDGES, *Appellant*, v. HENRY D. GOETSCHIUS and EUGENE H. GOETSCHIUS, *Respondents.* — Judgment of County Court affirmed, with costs. Opinion by BARNARD, P. J.

THE COMMONWEALTH LIFE INSURANCE COMPANY, *Respondent*, v. GEORGE BOWMAN and others, *Appellants.* — Order of 6th January, 1880, vacating stay affirmed, with costs and disbursements. Opinion by BARNARD, P. J.; GILBERT, J., not sitting. Order denying resale affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

GEORGE C. GENET, *Appellant*, v. THE CITY OF BROOKLYN, *Respondent.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; GILBERT, J., not sitting.

IN THE MATTER OF THE ACCOUNTING OF WILLIAM E. HAXTUN, *Executor, etc.*—Decree of surrogate reversed and executor ordered to appear and be examined. Opinion by BARNARD, P. J.

IN THE MATTER OF THE WILL OF DAVID HENDRICKS, *Deceased.* — Decree of surrogate admitting will to probate affirmed, with costs. Opinion by DYKMAN, J.

BEVERLY HAIGHT and SUSAN HAIGHT, *Respondents*, v. THE CONTINENTAL INSURANCE COMPANY OF THE CITY OF NEW YORK, *Appellants.* — Order setting aside nonsuit affirmed, with costs and disbursements. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

JOHN GLUSING, *Respondent*, v. THOMAS R. SHARP, *Receiver, etc., Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

ALBERT PALMER COMPANY, *Appellant*, v. CHARLES B. DICKINSON, *Respondent.* — Order dismissing appeal affirmed, with costs and disbursements. Opinion by GILBERT, J.

LOUIS BOSSERT, *Respondent*, v. JOSEPH ARNOLD, *Appellant.* —Judgment of County Court and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.